**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| DEANDRE BRADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 1:23-cv-05020 |
| ROCHELLE DOE, KANE COUNTY ADULT | ) | |
| JUSTICE CENTER, DR. SOOD, A. KEATY, | ) | |
| RON HAIN, S. MCKANNA, M. AZEMI, | ) | |
| J. DIRECTO, L. AGUIRRE, S. FLOWERS, | ) | |
| P. OSMANI, WELLPATH LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MATION BY PLAINTIFF DEANDRE BRADLEY
## FOR AN EXTENSION OF TIME

Plaintiff, DEANDRE BRADLEY, by his attorney, MICHAEL P. SENG, will appear on Wednesday, February 7, 2024, at 9:45 a.m. in the Court Room of Hon. Sara Ellis, Room 1403, in the Dirksen Federal Building at 210 South Michigan, Chicago, Illinois to present his motion to request and extension of time for the filing of an amended complaint until March 1, 2024 and for filing a joint initial status report until April 5, 2024.

/s/_____

Michael P. Seng
Atty Reg. # 2549719
Attorney for Plaintiff
University of Illinois Chicago School of Law
300 South State Street
Chicago, IL, 60604
312-987-1446
mseng@uic.edu