**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DEANDRE BRADLEY | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:23cv5020 |
| | ) | |
| v. | ) | District Judge Sara L. Ellis |
| | ) | |
| RONALD HAIN et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING AND PRESENTMENT**

To:     Michael P. Seng                        Ronald E. Neroda
        UIC Law School                         Hall & Evans
        300 South State Street                 220 North Green Street, Suite 5032
        Chicago, IL 60604                      Chicago, IL 60607
        mseng@uic.edu                          nerodar@hallevans.com

Please note on April 30, 2024, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois Kane County Defendants' **Motion to Dismiss and Memorandum in Support of the Motion to Dismiss**, a copy of which was filed and duly served upon you. We will present said motion before the Honorable Sara L. Ellis on May 7, 2024, at 9:30 a.m. in Courtroom 1403 of the United States District Court at 219 South Dearborn, Chicago, Illinois, 60604, at which time you may appear as you see fit.

**Certificate of Service**

The undersigned hereby certifies under penalties of perjury as provided by law, that I served this notice and described documents on April 30, 2024, by electronically filing the same with the CM/ECF system of the Clerk of the Court of the Northern District of Illinois, which automatically transmits electronic copies to all parties of record.

Respectfully submitted,
Defendants Sheriff Hain, Kane County, C/O Keaty, C/O McKanna, C/O Azemi, C/O Directo, C/O Aguirre, C/O Flowers and C/O Osmani.

By:/s/ Vincent Coyle
    One of Their Attorneys

Jamie L. Mosser
Kane County State's Attorney
Erin M. Brady
Elizabeth Tabor
Vincent Coyle
Assistant State's Attorneys
100 South Third Street, 4th Floor
Geneva, Illinois 60134
Atty. No.: 6303106