**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DEANDRE BRADLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    1:23-cv-05020 |
| RONALD HAIN, et al | ) |
| | )    Jury Trial Demanded |
| Defendants. | ) |
| | ) |

**<u>NOTICE OF UNCONTESTED MOTION BY PLAINTIFF DEANDRE BRADLEY FOR
AN EXTENSION OF TIME TO SERVE DEFNENDANTS STOCKMAN AND SOOD</u>**

To:    Jamie I. Mosser                Ronald E. Neroda
        Erin M. Brady                  Hall & Evans
        Elizabeth Tabor              220 North Green Street, 2nd Floor
        Vincent Coyle                Chicago, IL 60607
        100 South Third Street, 4th Floor
        Geneva, Illinois 60134

Plaintiff DEANDRE BRADLEY, by his attorney, MICHAEL P. SENG, will appear on

Wednesday, September 11, 2024, at 9:45 a.m. in the Court Room of Hon. Sara Ellis, Room 1403,

in the Dirksen Federal Building at 210 South Dearborn, Chicago, Illinois to present his

Uncontested Motion for an Extension of Time until December 31, 2024 to Serve Defendants

STOCKMAN and SOOD.

1

**<u>Certificate of Service</u>**

Michael P. Seng hereby certify that he served this Notice and Uncontested Motion to Extend

Time to Serve Certain Defendants on August 29, 2024, by electronically filing the same with the

CM/ECR system of the Clerk of the Court of the Northern District of Illinois, which

automatically transmits electronic copies to all parties of record.

<u>/s/ Michael P. Seng</u>

Michael P. Seng
Atty Reg. #2549719
Attorney for Plaintiff
University of Illinois Chicago School of Law
300 South State Street
Chicago, IL 60604
312-987-1446
mseng@uic.edu