**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **DEANDRE BRADLEY,** | ) | |
| | ) | |
| ***Plaintiff*,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **1:23-cv-05020** |
| **RONALD HAIN, in his individual and official capacity; KANE COUNTY, ILLINOIS; ROCHELLE STOCKMAN, in her individual capacity; A. KEATY, in his individual capacity; S. MCKANNA, in his individual capacity; and DR. KUL SOOD, in his individual capacity** | ) | |
| | ) | |
| ***Defendants*.** | ) | |

**JOINT MOTION TO COMPEL SUBPOENA TESTIMONY**

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

Date: October 15, 2026

Respectfully Submitted,

*/s/ Mariah E. Garcia*
Attorney for Plaintiff

Michael P. Seng
Mariah E. Garcia
UIC Law School
300 S. State Street
Chicago, IL 60604
(312) 987-1446
mseng@uic.edu
garcia51@uic.edu

*/s/ Elizabeth Tabor (with consent)*
Attorney for Defendant Hain

Elizabeth Tabor
Erin M. Brady
Assistant State's Attorneys
100 South Third Street, 4th Floor
Geneva, Illinois 60134
(630) 208-5322
taborelizabeth@kanecountyil.gov
bradyerin@kanecountyil.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury as provided by law that I served this **Motion to Compel Discovery** on **October 15, 2026**, by electronically filing the same with the CM/ECF system on the Clerk of the Court of the Northern District of Illinois, which automatically transmit electronic copies to all parties of record.

Respectfully Submitted,

*/s/ Mariah E. Garcia*
Attorney for Plaintiff

Michael P. Seng
Mariah E. Garcia
UIC Law School
300 S. State Street
Chicago, IL 60604
312-987-1446
mseng@uic.edu
garcia51@uic.edu