# EXHIBIT 2

[redacted]

[redacted]

[redacted]