# EXHIBIT 3

[redacted]

[redacted]

[redacted]

[redacted]